# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** AMCO Insurance Company | **Defendant(s):** Dreamstyle Remodeling, Inc. f/k/a Home Resort Living, Inc. ; Home Resort Living of Arizona, Inc. dba Home Resort Living, Inc. ; Renewal by Andersen, LLC ; Andersen Corporation ; Laura Kirkwood ; Constance Kirkwood |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Santa Cruz | |

Plaintiff's Atty(s):

Kurt M. Zitzer , Attorney
Meagher & Geer, PLLP
8800 N. Gainey Center Drive, Suite 261
Scottsdale, Arizona  85258
480-607-9719

Spencer T. Proffitt , Attorney
Meagher & Geer, PLLP
8800 N. Gainey Center Drive, Suite 261
Scottsdale, Arizona  85258
480-607-9719

Defendant's Atty(s):

II. Basis of Jurisdiction:    4. Diversity (complete item III)

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- **2 Citizen of Another State**
Defendant:- **2 Citizen of Another State**

IV. Origin :                **1. Original Proceeding**

V. Nature of Suit:          **110 Insurance**

VI. Cause of Action:        **This is a Declaratory Judgment action under Rule 57, Fed. R. Civ. P., and 28 U.S.C. Section 2201-2202. Complete diversity exists under 28 U.S.C. Section 1332.**

VII. Requested in Complaint
  Class Action: **No**
  Dollar Demand: **Declaratory Judgment**
  Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **N/A** assigned to Judge .

---

**Signature:** /s/ Spencer T. Proffitt

   **Date: 3/24/16**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014