# EXHIBIT B

## COMPLAINT FOR DECLARATORY JUDGMENT
*AMCO Insurance Company v. Dreamstyle Remodeling, Inc., et al.*

# Certification

I, Lorette Jensen, as a duly authorized AMCO Insurance Company associate entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of  ACP GLAO 7211329276 effective 05/01/2014 to 05/01/2015 issued to DREAMSTYLE REMODELING INC was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.

_Lorette Jensen_            2-24-2016

Lorette Jensen           Date

CL Processing Supervisor

80.50 1105 00



**Allied**
Insurance
a Nationwide Insurance® company

**COMMERCIAL PACKAGE - ACP  72-1-1329276**

ES   14     72    PZ

DREAMSTYLE REMODELING INC
DBA FOUR SEASONS SUNROOMS
4500 HAWKINS ST NE
ALBUQUERQUE, NM 87109-4552

## PLEASE KEEP THIS FOR YOUR RECORDS

We are pleased to serve your business insurance needs. Our company is committed to providing you high quality insurance protection and superior service.

*IMPORTANT INFORMATION ABOUT YOUR POLICY ... ... ... ... .*

Attached is a recent change to your policy. This change was initiated either by you, your agent or by Nationwide and does affect your coverage.

Please read the attached information carefully. It will provide you with all the detailed information regarding the change to your policy. Should you have any additional questions regarding this communication, please contact your agent.

YOUR BILLING ACCOUNT NUMBER IS: 839755259

# Your Commercial Insurance Package

## Courtesy of :

AGENCY -  NM   22399

HUB INTERNATIONAL INS SRVS INC
PO BOX 90756
ALBUQUERQUE NM  87199-0756

POLICY #  ACP    72-1-1329276

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

Named Insured:   **DREAMSTYLE REMODELING INC**
                 **- SEE NAMED INSURED SCHEDULE**
   Address:   **4500 HAWKINS ST NE**
              **ALBUQUERQUE          NM 87109-4552**

★★★★★★★★   **IMPORTANT INSURANCE INFORMATION**   ★★★★★★★★

**IMPORTANT NOTICE FOR RENEWAL POLICIES**

In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy.  We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.  Please refer to your prior policies for printed copies of these forms.  If you desire copies, they are available upon request from your agent.

**IN 5017 (05-93)**

DIRECT BILL   R66G6   16050                    **INSURED COPY**          ACP  GLAO 7211329276      839755259    72   0001362

★★★★★★★★ **IMPORTANT INSURANCE INFORMATION** ★★★★★★★★

# IMPORTANT NOTICE TO POLICYHOLDERS

## TEXAS CONTRACTORS

The Texas State Board of Insurance requires that insurance companies establish their criteria for the adequacy of insurance limits of subcontractors performing work for you prior to policy inception.  Unless otherwise communicated to you, for the purposes of issuance of this policy those limits are:

$300,000 Each Occurrence Limit for Bodily Injury and Property Damage
$300,000 Personal and Advertising Injury Limit
$600,000 General Aggregate Limit
$600,000 Products/Completed Operations Limit

Operations performed by subcontractors, who work for you without adequate insurance, shall be classified and rated under the specific classification description for each type of work that is performed.

IN 73 00 01 14

★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# NOTICE TO POLICY HOLDERS

# POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.  That Program is subject to a termination date of December 31, 2014, unless extended by the federal government.  If the federal Program terminates, or is extended with certain changes prior to or during the term of your policy, then the treatment of terrorism under your policy will change.  This Notice is being provided to you for the purpose of summarizing potential impact on your coverage.  The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract.  The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy.  If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

**YOUR POLICY DURING TENURE OF THE TERRORISM RISK INSURANCE PROGRAM AS THAT PROGRAM EXISTS PURSUANT TO THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007:**

This policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act. Further, the absence of a terrorism exclusion does not create coverage for any injury or damage that would otherwise be excluded under the policy, such as losses excluded by the war liability exclusion.

**POTENTIAL CHANGE TO YOUR POLICY:**

**Endorsement CG 21 87 (CG 32 20 in the State of Washington) is attached to your policy.  Its provisions become applicable to your policy only if certain events (one or more of them) occur.  Those events include the following:**

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is/was scheduled to terminate at the end of December 31, 2014, unless extended by the federal government.); or
- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

---

IN 73 00 01 14          Includes copyrighted material of Insurance Services Office, Inc.,          Page 1 of 2
with its permission.

**IN 73 00 01 14**

- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible is 20% of the total of our previous year's direct earned premiums. The government's share is 85% of the terrorism losses paid by us above the deductible.

**Endorsement CG 21 87 (CG 32 20 in the State of Washington) treats terrorism as follows:**

- Coverage for injury or damage arising out of a terrorism incident is excluded only if:

  - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

  - Fifty or more persons sustain death or serious physical injury; or

    *(To determine whether the threshold for property damage ($25 million) or persons injured (fifty) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
  - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or
  - The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

**See the definition of terrorism for purposes of the terrorism exclusion.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IN 73 00 01 14

ACP GLAO72 1 1329276      66G6   R  16050          **INSURED COPY**          IN7300011400    0000              72   0001365

IN 75 84 11 11

★ ★ ★ ★ ★ ★   IMPORTANT INSURANCE INFORMATION   ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# NOTICE TO POLICYHOLDERS

# COMMERCIAL GENERAL LIABILITY

# CONTRACTORS ENHANCEMENT OR CONTRACTORS ENHANCEMENT PLUS ENDORSEMENT

The purpose of this notice is to make you aware of a change to the endorsements listed below. Your policy includes one of the following endorsements:

- CG 72 88 03 10 - Contractors Enhancement Endorsement
- CG 72 89 03 10 - Contractors Enhancement Endorsement
- CG 73 23 05 10 - Contractors Enhancement Plus Endorsement
- CG 73 25 05 10 - Contractors Enhancement Plus Endorsement
- CG 73 30 06 10 - New York Contractors Enhancement Endorsement
- CG 73 31 06 10 - Virginia Contractors Enhancement Endorsement
- CG 73 32 06 10 - Virginia Contractors Enhancement Plus Endorsement
- CG 73 67 06 10 - New York Contractors Enhancement Plus Endorsement

The additional insured coverage within these endorsements has been revised to specifically require that, in order for there to be coverage for an additional insured, the injury or damage must be caused, in whole or in part, by the acts or omissions of you or those acting on your behalf. This revision clarifies that coverage is not extended for injuries or damages caused by an additional insured's sole negligence.

COMMERCIAL GENERAL LIABILITY
IN 76 98 04 13

# 2012 GENERAL LIABILITY NEW MEXICO
# FORMS REVISION
# ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your policy. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

The major areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy. We have followed the policy sequence of provisions in setting out this material.

---

### COMMERCIAL GENERAL LIABILITY COVERAGE FORMS
### CG 00 01 04 13 AND CG 00 02 04 13

---

**I. EXCLUSIONS**

  **A. BROADENING OF COVERAGE**

    1. Coverage **A** – Exclusion **2.c.** (Liquor Liability) is revised to provide an exception with respect to allowing a person to bring alcoholic beverages onto the named insured's premises for consumption on the named insured's premises.

    2. Coverage **A** – Exclusion **2.p.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

  **B. OTHER CHANGES**

    1. Coverage **A** – Exclusion **2.c.** (Liquor Liability) is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.

    2. Coverage **A** – Exclusion **2.g.** (Aircraft, Auto Or Watercraft) is revised to delete reference to "in the state".

    3. Coverage **A** – Exclusion **2.q.** and Coverage **B** – Exclusion **2.p.** (Recording And Distribution Of Material Or Information In Violation Of Law) were previously added to your policy via mandatory endorsement. The endorsement contained an exclusion addressing injury or damage arising out of any action or omission that violates or is alleged to violate certain statutes, ordinances and regulations. This exclusion has been incorporated directly into your policy.

    4. Coverage **B** – Exclusions **2.b.** and **2.c.** (Material Published With Knowledge Of Falsity and Material Published Prior To Policy Period) are revised to reference "in any manner", with respect to oral or written publication, for consistency with the definition of personal and advertising injury.

**II. CONDITIONS**

  **OTHER CHANGES**

  Condition **4.** (Other Insurance) is generally revised so that the insurance provided is excess over any for which the named insured has been added as an additional insured, whether by endorsement or any other means.

**III. DEFINITIONS**

  **OTHER CHANGES**

    1. Definition **2.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

ACP GLAO 7211329276    DIRECT BILLR66G61605    INSURED COPY    0839755259    72  0001367

IN 76 98 04 13

    **2.** Definition **12.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

---

## OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM – COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR
## CG 00 09 04 13

---

**I. EXCLUSIONS**

    **BROADENING OF COVERAGE**

    Exclusion **2.l.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

**II. DEFINITIONS**

    **OTHER CHANGES**

    **1.** Definition **1.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

    **2.** Definition **10.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

---

## LIQUOR LIABILITY COVERAGE FORMS
## CG 00 33 04 13 AND CG 00 33 04 13

---

**WHO IS AN INSURED**

    **BROADENING OF COVERAGE**

    We have included trusts as Named Insureds. In addition, trustees have been included as insureds but only with respect to their duties as trustees.

---

## CG 00 35 04 13 – RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

---

**EXCLUSIONS**

    **BROADENING OF COVERAGE**

    Exclusion **2.f.(3)(a)** (Pollution) is amended to expand the exception to the exclusion with respect to bodily injury or property damage arising out of fuel or lubricants for equipment used at the job location not just when they escape from such equipment.

---

## PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
## CG 00 37 04 13 AND CG 00 38 04 13

---

**I. EXCLUSIONS**

    **BROADENING OF COVERAGE**

    **1.** Exclusion **2.c.** (Liquor Liability) is revised to provide an exception with respect to allowing a person to bring alcoholic beverages onto the named insured's premises for consumption on the named insured's premises.

    **2.** Exclusion **2.l.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

---

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. IN 76 98 04 13

ACP GLAO72 1 1329276    66G6  R 16050    **INSURED COPY**    IN7698041300  0000    72  0001368

IN 76 98 04 13

## II. DEFINITIONS

### OTHER CHANGES

1. Exclusion **2.c.** (Liquor Liability) is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.

2. Definition **1.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

3. Definition **10.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

---

## MULTISTATE ENDORSEMENTS

---

### A. BROADENING OF COVERAGE

1. Electronic Data Liability Endorsement **CG 04 37** is revised to introduce an exception to the electronic data exclusion in order to provide that the exclusion does not apply to liability for damages because of bodily injury.

2. Additional Insured – Owners, Lessees Or Contractors – Automatic Status For Other Parties When Required In Written Construction Agreement Endorsement **CG 20 38** is introduced to provide additional insured status to those parties whom the named insured is obligated in writing in a contract or agreement to name as an additional insured.

3. Druggists Endorsement **CG 22 69** is revised to introduce an exception for the administering of vaccinations.

4. Liquor Liability – Bring Your Own Alcohol Establishments Endorsement **CG 24 06** is introduced to provide coverage to insureds who permit any person to bring any alcoholic beverage on an insured's premises, for consumption on the insured's premises.

### B. REDUCTIONS OF COVERAGE

1. Additional Insured – Users Of Golfmobiles Endorsement **CG 20 08** is revised to include a definition of the term golfmobile.

2. **Liquor Liability Exclusion Endorsements**

   The following endorsements are revised to indicate that the liquor liability exclusion will apply if a named insured permits any person to bring any alcoholic beverages on the named insured's premises, for consumption on the named insured's premises:

   - **CG 21 50** – Amendment Of Liquor Liability Exclusion (for use with Commercial General Liability Coverage Part)

   - **CG 21 51** – Amendment Of Liquor Liability Exclusion – Exception For Scheduled Premises Or Activities (for use with Commercial General Liability Coverage Part)

   - **CG 29 52** – Amendment Of Liquor Liability Exclusion (for use with Products/Completed Operations Liability Coverage Part)

   - **CG 29 53** – Amendment Of Liquor Liability Exclusion – Exception For Scheduled Premises Or Activities (for use with Products/Completed Operations Liability Coverage Part)

3. Total Pollution Exclusion For Designated Products Or Work Endorsement **CG 21 99** is introduced to exclude coverage with respect to bodily injury or property damage arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants which arises out of the product or work scheduled in the endorsement.

4. Amendment Of Personal And Advertising Injury Definition Endorsement **CG 24 13** is introduced to remove from the definition of personal and advertising injury the offense of oral and written publication, in any manner, of material that violates a person's right of privacy.

**IN 76 98 04 13**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 3 of 6**
with its permission.

ACP GLAO72 1 1329276      66G6   R  16050          **INSURED COPY**          IN7698041300    0000          72   0001369

IN 76 98 04 13

## C. OTHER CHANGES

1. Limited Product Withdrawal Expense Endorsement **CG 04 36** is revised, in part, to reinforce that the Participation Percentage is indicated in the Schedule and to reflect that the cost of the insured's participation in each product withdrawal will be borne by the named insured when due.

**2. Additional Insured Endorsements**

The following additional insured endorsements are revised to indicate that when these endorsements are attached to a policy, if coverage provided to the additional insured is required by contract or agreement, coverage to the additional insured will be afforded to the extent permissible by law and to the extent the named insured is required by the contract or agreement to provide insurance for the additional insured.

Additionally, if coverage provided to the additional insured is required by contract or agreement, the limits of insurance of the named insured's policy that are available to an additional insured will be limited to the extent required by the contract or agreement or the amount of insurance available under the applicable Limits of Insurance shown in the Declarations, whichever is less:

- **CG 20 03** – Additional Insured – Concessionaires Trading Under Your Name
- **CG 20 05** – Additional Insured – Controlling Interest
- **CG 20 07** – Additional Insured – Engineers, Architects Or Surveyors
- **CG 20 10** – Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization (replaces **CG 32 04**)
- **CG 20 11** – Additional Insured – Managers Or Lessors Of Premises
- **CG 20 12** – Additional Insured – State Or Governmental Agency Or Subdivision Or Political Subdivision – Permits Or Authorizations
- **CG 20 13** – Additional Insured – State Or Governmental Agency Or Subdivision Or Political Subdivision – Permits Or Authorizations Relating To Premises
- **CG 20 15** – Additional Insured – Vendors
- **CG 20 18** – Additional Insured – Mortgagee, Assignee Or Receiver
- **CG 20 23** – Additional Insured – Executors, Administrators, Trustees Or Beneficiaries
- **CG 20 24** – Additional Insured – Owners Or Other Interest From Whom Land Has Been Leased
- **CG 20 26** – Additional Insured – Designated Person Or Organization
- **CG 20 27** – Additional Insured – Co-owner Of Insured Premises
- **CG 20 28** – Additional Insured – Lessor Of Leased Equipment
- **CG 20 29** – Additional Insured – Grantor Of Franchise
- **CG 20 30** – Oil Or Gas Operations – Nonoperating, Working Interests
- **CG 20 31** – Additional Insured – Engineers, Architects Or Surveyors
- **CG 20 32** – Additional Insured – Engineers, Architects Or Surveyors Not Engaged By The Named Insured
- **CG 20 33** – Additional Insured – Owners, Lessees Or Contractors – Automatic Status When Required In Construction Agreement With You (replaces **CG 32 05**)
- **CG 20 34** – Additional Insured – Lessor Of Leased Equipment – Automatic Status When Required In Lease Agreement With You
- **CG 20 35** – Additional Insured – Grantor Of Licenses – Automatic Status When Required By Licensor
- **CG 20 36** – Additional Insured – Grantor Of Licenses
- **CG 20 37** – Additional Insured – Owners, Lessees Or Contractors – Completed Operations (replaces **CG 32 12**)
- **CG 29 35** – Additional Insured – State Or Governmental Agency Or Subdivision Or Political Subdivision – Permits Or Authorizations

ACP GLAO72 1 1329276      66G6   R  16050          **INSURED COPY**          IN7698041300   0000          72   0001370

IN 76 98 04 13

3. **Professional Services Endorsements**

The following endorsements are revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured:

- **CG 21 16** – Exclusion – Designated Professional Services
- **CG 21 52** – Exclusion – Financial Services
- **CG 21 56** – Exclusion – Funeral Services
- **CG 21 57** – Exclusion – Counseling Services
- **CG 21 58** – Exclusion – Professional Veterinarian Services
- **CG 21 59** – Exclusion – Diagnostic Testing Laboratories
- **CG 22 24** – Exclusion – Inspection, Appraisal And Survey Companies
- **CG 22 32** – Exclusion – Professional Services – Blood Banks
- **CG 22 33** – Exclusion – Testing Or Consulting Errors And Omissions
- **CG 22 34** – Exclusion – Construction Management Errors And Omissions
- **CG 22 36** – Exclusion – Products And Professional Services (Druggists)
- **CG 22 37** – Exclusion – Products And Professional Services (Optical And Hearing Aid Establishments)
- **CG 22 39** – Exclusion – Camps Or Campgrounds
- **CG 22 43** – Exclusion – Engineers, Architects Or Surveyors Professional Liability
- **CG 22 44** – Exclusion – Services Furnished By Health Care Providers
- **CG 22 45** – Exclusion – Specified Therapeutic Or Cosmetic Services
- **CG 22 48** – Exclusion – Insurance And Related Operations
- **CG 22 69** – Druggists
- **CG 22 71** – Colleges Or Schools (Limited Form)
- **CG 22 72** – Colleges Or Schools
- **CG 22 75** – Professional Liability Exclusion – Computer Software
- **CG 22 76** – Professional Liability Exclusion – Health Or Exercise Clubs Or Commercially Operated Health Or Exercise Facilities
- **CG 22 77** – Professional Liability Exclusion – Computer Data Processing
- **CG 22 79** – Exclusion – Contractors – Professional Liability
- **CG 22 80** – Limited Exclusion – Contractors – Professional Liability
- **CG 22 87** – Exclusion – Adult Day Care Centers
- **CG 22 88** – Professional Liability Exclusion – Electronic Data Processing Services And Computer Consulting Or Programming Services
- **CG 22 90** – Professional Liability Exclusion – Spas or Personal Enhancement Facilities
- **CG 22 91** – Exclusion – Telecommunication Equipment Or Service Providers Errors And Omissions
- **CG 22 96** – Limited Exclusion – Personal And Advertising Injury – Lawyers
- **CG 22 98** – Exclusion – Internet Service Providers And Internet Access Providers Errors And Omissions
- **CG 22 99** – Professional Liability Exclusion – Web Site Designers
- **CG 23 01** – Exclusion – Real Estate Agents Or Brokers Errors Or Omissions
- **CG 31 15** – Construction Project Management Protective Liability Coverage

4. Exclusion – Volunteer Workers Endorsement **CG 21 66** is revised to delete reference to "in the state" from Exclusion **2.g.** (Aircraft, Auto Or Watercraft).

ACP GLAO72 1 1329276      66G6   R  16050          INSURED COPY          IN7698041300   0000          72   0001371

IN 76 98 04 13

5. Exclusion – Failure To Supply Endorsement **CG 22 50** is revised to expressly state that the exclusion also applies to the failure of any insured to adequately supply biofuel.

6. Pesticide Or Herbicide Applicator Coverage Endorsements **CG 22 64** and **CG 28 12** and Lawn Care Services Coverage Endorsement **CG 22 93** are revised to reflect a change in titles to Herbicide Applicator – *Limited Pollution* Coverage endorsements and Lawn Care Services – *Limited Pollution* Coverage.

7. Real Estate Property Managed Endorsement **CG 22 70** is revised to reinforce that the insurance provided is excess over any other insurance available, whether such insurance is primary or excess.

8. Colleges Or Schools Endorsements **CG 22 71** and **CG 22 72** are revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured.

9. Waiver Of Governmental Immunity Endorsement **CG 24 14** is revised to reference that the endorsement also applies to the Owners And Contractors Protective Liability Coverage Part and the Railroad Protective Liability Coverage Part.

10. Amendment Of Insured Contract Definition Endorsement **CG 24 26** and Limited Contractual Liability – Railroads Endorsement **CG 24 27** are revised to reflect that the defined term insured contract addresses certain liability assumed by the named insured with respect to the tort liability of another party to the extent the assumption of the tort liability is permitted by law.

11. Designated Locations(s) Aggregate Limit Endorsement **CG 25 14** is introduced to make a separate Designated Location Aggregate Limit available for each location of the insured listed in the Schedule of the endorsement.

12. Supplemental Extended Reporting Period Endorsement **CG 27 10** and Supplemental Extended Reporting Period Endorsement For Specific Accidents, Products, Work Or Locations Endorsement **CG 27 11** are revised to amend Condition **4.** (Other Insurance) so that the insurance provided is excess over any for which the named insured has been added as an additional insured, whether by endorsement or any other means.

13. Principals Protective Liability Coverage Endorsement **CG 28 07** is revised to delete reference to "in the state" from Exclusion **2.c.(1)(e)(i).**

14. **Liquor Liability Exclusion Endorsements**

The following endorsements are revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol:

- **CG 21 50** – Amendment Of Liquor Liability Exclusion (for use with Commercial General Liability Coverage Part)

- **CG 21 51** – Amendment Of Liquor Liability Exclusion – Exception For Scheduled Premises Or Activities (for use with Commercial General Liability Coverage Part)

- **CG 29 52** – Amendment Of Liquor Liability Exclusion (for use with Products/Completed Operations Liability Coverage Part)

- **CG 29 53** – Amendment Of Liquor Liability Exclusion – Exception For Scheduled Premises Or Activities (for use with Products/Completed Operations Liability Coverage Part)

**Page 6 of 6**    Includes copyrighted material of Insurance Services Office, Inc.,    **IN 76 98 04 13**
with its permission.

ACP GLAO72 1 1329276    66G6   R  16050    **INSURED COPY**    IN7698041300   0000    72   0001372

IN 77 59 05 14

★★★★★★    IMPORTANT INSURANCE INFORMATION    ★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# NOTICE TO POLICYHOLDERS
## COMMERCIAL GENERAL LIABILITY
## EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY

**For policies that include Commercial General Liability Coverage Forms, CG 00 01 or CG 00 02:**

The purpose of this notice is to make you aware of a new or replacement endorsement included with this policy.

**CG 21 06 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability – With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** – Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This may result in a reduction in coverage.
- Under Coverage **B** – Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**For policies that include Electronic Data Liability endorsement, CG 04 37:**

The purpose of this notice is to make you aware of a new edition (05 14) of CG 04 37.

When this endorsement is attached to your policy:

- Under Coverage **A** – Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This may result in a reduction in coverage.
- Under Coverage **B** – Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**For policies that include Owners And Contractors Protective Liability Coverage Form – Coverage For Operations Of Designated Contractor, CG 00 09:**

The purpose of this notice is to make you aware of a new or replacement endorsement included with this policy.

**CG 33 53 05 14 – Exclusion – Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability – With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This may result in a reduction in coverage.

ACP  GLAO 7211329276      DIRECT BILLR66G61605        INSURED COPY            0839755259            72  0001373

BR 9955 (02-10)

## The policy you have just received is subject to a premium adjustment

*When your policy was issued, the premium was estimated. When your policy expires, the actual premium must be determined.*

*Please take a few minutes to read this information about your premium audit.*

**WHY MAKE A PREMIUM ADJUSTMENT?**

This policy was issued with an estimated premium which requires an adjustment after the policy expires. Premium bases for this type of policy vary according to such factors as payroll, sales receipts, number of admissions, contract costs, number of units, etc. incurred during the term of the policy.

After the policy expires and the actual amount of these variables can be determined, the estimated premium is adjusted to develop the final premium. If the final premium is less than the estimated premium, the difference will be refunded. If it is more, you will receive a bill for the additional premium.

**HOW WILL THE PREMIUM ADJUSTMENT BE MADE?**

When the policy expires a final audit will be requested. This will be done by one of the following methods:

1) Mailing a Policyholder's Report Audit Inquiry to you; or
2) A premium auditor representing our company will call you for an audit of your records;or
3) A premium auditor representing our company will visit you for an audit of your records.

This audit of your records will pertain to the variable factors that apply to your policy.

You are assured of complete confidentiality by the auditor and the insurance company personnel.

**WHAT WILL THE PREMIUM AUDITOR DO?**

The premium auditor will ask to examine your books of original entry and ledger accounts that pertain to the variable factors on which the premium is based. The auditor will also routinely verify payroll and sales figures by comparison with quarterly tax reports.

Insurance rates differ by the type of work performed. The premium auditor must place each employee in the proper insurance occupational classification. In some cases these classifications are assigned by the state. This step of the audit requires your guidance and assistance.

When all the different functions of your operation have been identified and the payrolls, sales, costs and other applicable variables have been assigned to the proper classification, the appropriate rate(s) will be applied and the final premium developed.

**PREMIUM BASES**

The basis of premium for a Workers Compensation or General Liability policy may be total remuneration, including wages and other considerations given to an employee for services rendered.

Remuneration includes monies paid out and may also include other considerations such as meals and housing, free merchandise or merchandise discounts, commissions and bonuses, payments for holidays, vacations, illnesses, and overtime incentive plans or profit-sharing agreements.

Remuneration does not include your contributions to employee benefit plans such as group insurance and pension plans, or rewards for individual inventions. Under a General Liability policy, remuneration does not include payrolls for clerical office employees, sales persons, and drivers unless specifically included by a classification wording.

BR 9955 (02-10)

> NOTE: In most cases there are predetermined payroll amounts which must be used for sole proprietors, partners, and executive officers. When your policy is audited, the auditor will use the predetermined amount rather than actual payroll for individuals in these groups. Contact your agent if you have questions about the amount of payroll which will be used for sole proprietors, partners, and executive officers.

Also included is the payroll of mobile equipment operators and their helpers (and drivers of automobiles) when such persons are provided under contract at the time the mobile equipment or automobiles are hired. Under a General Liability policy, fees paid to employment agencies for temporary personnel provided to you are counted as remuneration.

The basis of premium for some classes can include variables such as area, number of units, admissions to an insured event conducted on your premises or receipts covering your gross earnings for goods or products sold or for operations performed.

For subcontracted work the basis of premium is total cost. This means the total cost of all work let or sublet in connection with each specific project, and includes the cost of all labor, materials and equipment furnished, used or delivered for use in the performance of the work. Also, all fees, bonuses or commissions made, paid or due are included. It is to your advantage to obtain Certificates of Insurance from your subcontractors and have them available for the premium auditor, showing that they have general liability insurance with an occurrence limit preferably equal to your own occurrence limit. Regardless of the occurrence limit carried by the subcontractor, in the event you cannot furnish the premium auditor with their Certificate of Insurance, their payroll will be attributed to you and your premium will be increased. In most jurisdictions you must have Workers Compensation certificates from each subcontractor as well.

When sales or receipts are the basis of premium for a coverage, the gross amount of money you or others operating or trading under your name have charged for goods or products sold or operations performed is the figure which should be used.

With respect to the ownership and/or use of automobiles in connection with your business operations, the basis of premium will vary. For owned autos, the auditor will need to verify the accuracy of the schedule of autos on your policy, plus the date of any sales and/or purchases during the policy period. Any premium for the use of nonowned autos will be rated based on the total number of employees at all locations. Any premium for the use of hired autos will be rated based on the cost of hire during the policy period.

**RECORD KEEPING AIDS**

The best sources of information for a premium audit are the following records.

1. Payroll journals providing monthly total and division of payroll by type of work performed.

2. Individual earnings records with an indication of work performed. The date hired and/or terminated should be indicated. Gross payroll and overtime should be totaled by month and quarter.

3. Cash disbursements journals with monthly totals disbursed to various accounts, including materials, subcontractors and casual labor.

4. Cash receipts in sales journals totaled by month and assigned to various

ACP GLAO7211329276        R    R  16050              INSURED COPY                              72    0001375

BR 9955 (02-10)

categories.

5. Vehicle titles, registrations, or ownership tax receipts.
6. Workers Compensation and/or General Liability certificates of insurance indicating coverage for subcontractors.

7. Data processing printouts or computerized records can differ greatly in their value to the auditor, depending on the type of records provided.

**FINALLY**

We hope this information will serve as a guide to help you prepare for your premium audit. Our premium auditor is available to help you with any problem or questions you may have with record keeping. Remember, for more information contact your agent.

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

22399
**RENEWAL**

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

Policy Number: **ACP   GLAO 7211329276**

Named Insured: **DREAMSTYLE REMODELING INC**
**- SEE NAMED INSURED SCHEDULE**

Address: **4500 HAWKINS ST NE**
**ALBUQUERQUE        NM 87109-4552**

Agent: **HUB INTERNATIONAL INS SRV**          **30-22399-000**
Address: **ALBUQUERQUE NM        87199**

Policy Period:   From **05/01/14**   to **05/01/15**   12:01 A.M. standard time at the address of the named insured as stated herein.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### LIMITS OF INSURANCE

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT (other than products-completed operations) | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT (any one premises) | $ 100,000 |
| MEDICAL EXPENSE LIMIT (any one person) | $ 5,000 |

Retroactive Date (CG0002 only)

The Named Insured is: **CORPORATION**
Business of the Named Insured is: **CARPENTRY**
Audit Period: **ANNUAL**

ENDORSEMENTS ATTACHED TO THIS POLICY

**SEE COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS SCHEDULE**

**TOTAL ADVANCE PREMIUM**     **$      66,239.00**

Replacement or
Renewal Number   **ACP   GLAO 7201329276**

Countersigned By _____
Authorized Representative

**GL-D (10-98)**

DIRECT BILL   R66G6  16050          INSURED COPY          ACP  GLAO 7211329276          839755259          72          0001377

**AMCO INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                                    PRESIDENT

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 002A     NM-001 PREFABRICATED BUILD-ING ERECTION | 98502 | PAYROLL 207,924 | PER THOUSAND 15.387 | 14.464 | $3,200 | $3,008 |
| 7401 INDIAN SCHOOL R D NE NE, ALBUQUERQUE NM871105403 | | | | | | |
| CG0300 APPLIES | | | | | | |
| 003A     NM-001 CONTRACTORS - SUB-CONTRACTED WORK - IN CONNECTION WITH CONSTRUCTION, RECON-STRUCTION, REPAIR OR ERECTION OF BUILDINGS 7401 INDIAN SCHOOL R D NE NE, ALBUQUERQUE NM871105403 | 91585 | COST OF WORK | PER THOUSAND 3.367 | 1.887 | | |
| CG0300 APPLIES | | | | | | |
| 004A     NM-001 GRADING OF LAND | 95410 | PAYROLL 552,806 | PER THOUSAND 12.951 | 9.075 | $7,159 | $5,017 |
| 7401 INDIAN SCHOOL R D NE NE, ALBUQUERQUE NM871105403 | | | | | | |
| 005A     NM-001 CONTRACTORS - EXEC-UTIVE SUPERVISORS OR EXECUTIVE SUPERIN-TENDENTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 91580 | PAYROLL | PER THOUSAND 20.468 | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: ACP GLAO 7211329276

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 7401 INDIAN SCHOOL RD NE NE, ALBUQUERQUE NM871105403 | | | | | | |
| 006A    NM-001 EXPANDED PROPERTY DAMAGE COV $5,000 LIM/$250 DED PREMISES/OPERATIONS SEE CG7035 | 73487 | PAYROLL 1,780,016 | PER THOUSAND .810 | | $1,442 | |
| CG7035 7401 INDIAN SCHOOL RD NE NE, ALBUQUERQUE NM871105403 | | | | | | |
| 007A    NM-001 PLUMBING SUPPLIES AND FIXTURES SUP- PLIES DEALERS AND DISTRIBUTORS 7401 INDIAN SCHOOL RD NE NE, ALBUQUERQUE NM871105403 | 16527 | GROSS SALES 2,176,370 | PER THOUSAND .197 | .522 | $428 | $1,137 |
| 008A    NM-001 CARPENTRY | 91342 | PAYROLL | PER THOUSAND 11.074 | 12.244 | | |
| 7401 INDIAN SCHOOL RD NE NE, ALBUQUERQUE NM871105403 | | | | | | |
| 009A    AZ-502 CARPENTRY | 91342 | PAYROLL | PER THOUSAND 8.150 | 12.707 | | |
| 1ST ST PHOENIX AZ850290000 | | | | | | |
| 010A    AZ-502 CARPENTRY - INTERIOR | 91341 | PAYROLL 794,286 | PER THOUSAND 6.838 | 11.284 | $5,431 | $8,963 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

DIRECT BILL  R66G6  16050                    INSURED COPY                    ACP GLAO 7211329276    839755259    72    0001380

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **NSL** | | | | | | |
| **PHOENIX AZ850290000** | | | | | | |
| **011A    NM-001    91341 CARPENTRY - INTERIOR** | | **PAYROLL 202,910** | **PER THOUSAND 12.152   9.409** | | **$2,466** | **$1,909** |
| **7401 INDIAN SCHOOL R D NE NE, ALBUQUERQUE NM871105403** | | | | | | |
| **012A    NM-001    92478 ELECTRICAL WORK - WITHIN BUILDINGS** | | **PAYROLL** | **PER THOUSAND 4.220   4.310** | | | |
| **7401 INDIAN SCHOOL R D NE NE, ALBUQUERQUE NM871105403** | | | | | | |
| **013A    AZ-502    98449 PLASTERING OR STUCCO WORK** | | **PAYROLL** | **PER THOUSAND 5.738   26.274** | | | |
| **NSL** | | | | | | |
| **PHOENIX AZ850290000** | | | | | | |
| **014A    TX-005    91342 CARPENTRY** | | **PAYROLL** | **PER THOUSAND 6.488   12.793** | | | |
| **5804 OLEASTER DR** | | | | | | |
| **EL PASO TX799322338** | | | | | | |
| **015A    TX-005    91341 CARPENTRY - INTERIOR** | | **PAYROLL** | **PER THOUSAND 9.424   12.606** | | | |
| **5804 OLEASTER DR** | | | | | | |
| **EL PASO TX799322338** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 016A      TX-005 CONTRACTORS - EXEC-UTIVE SUPERVISORS OR  EXECUTIVE SUPERIN-TENDENTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT 5804 OLEASTER DR  EL PASO TX799322338 | 91580 | PAYROLL | PER THOUSAND 11.296 | | | |
| 017A      TX-005 CONTRACTORS - SUB-CONTRACTED WORK - IN  CONNECTION WITH CONSTRUCTION, RECON-STRUCTION, REPAIR OR  ERECTION OF BUILDINGS  IN7224 5804 OLEASTER DR  EL PASO TX799322338 | 91585 | COST OF WORK | PER THOUSAND 1.545 | 1.651 | | |
| 018A      TX-005 CONTRACTORS - SUB-CONTRACTED WORK - IN  CONNECTION WITH BUILDING CONSTRUCT-ION, RECONSTRUCTION, REPAIR OR ERECTION - ONE OR TWO FAMILY DWELLINGS  IN7224 5804 OLEASTER DR  EL PASO TX799322338 | 91583 | COST OF WORK 320,927 | PER THOUSAND 1.283 | 1.885 | $412 | $605 |
| 019A      TX-005 GRADING OF LAND | 95410 | PAYROLL 386,454 | PER THOUSAND 10.566 | 10.355 | $4,084 | $4,002 |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed
amount.

GL-DS (12-93)

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **5804 OLEASTER DR** | | | | | | |
| **EL PASO** **TX799322338** | | | | | | |
| **020A    TX-005** **PLASTERING OR STUCCO** **WORK** | **98449** | **PAYROLL** | **PER THOUSAND** **7.201** | **17.689** | | |
| **5804 OLEASTER DR** | | | | | | |
| **EL PASO** **TX799322338** | | | | | | |
| **021A    TX-005** **PLUMBING SUPPLIES** **AND FIXTURES SUP-** **PLIES DEALERS AND** **DISTRIBUTORS** **5804 OLEASTER DR** | **16527** | **GROSS SALES** | **PER THOUSAND** **.160** | **.392** | | |
| **EL PASO** **TX799322338** | | | | | | |
| **022A    TX-005** **PREFABRICATED BUILD-** **ING ERECTION** | **98502** | **PAYROLL** **71,320** | **PER THOUSAND** **11.943** | **15.344** | **$851** | **$1,094** |
| **5804 OLEASTER DR** | | | | | | |
| **EL PASO** **TX799322338** | | | | | | |
| **023A    NM-001** **CONTRACTORS - SUB-** **CONTRACTED WORK - IN** **CONNECTION WITH** **BUILDING CONSTRUCT-** **ION, RECONSTRUCTION,** **REPAIR OR ERECTION -** **ONE OR TWO FAMILY** **DWELLINGS** **7401 INDIAN SCHOOL R** **D NE** **NE, ALBUQUERQUE** **NM871105403** | **91583** | **COST OF WORK** **159,286** | **PER THOUSAND** **1.700** | **2.164** | **$271** | **$344** |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE: For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 024A    AZ-502 CONTRACTORS - EXECUTIVE SUPERVISORS OR EXECUTIVE SUPERINTENDENTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT 1ST ST<br><br>PHOENIX AZ850290000 | 91580 | PAYROLL | PER THOUSAND 11.156 | | | |
| 025A    AZ-502 CONTRACTORS - SUB-CONTRACTED WORK - IN CONNECTION WITH CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION OF BUILDINGS 1ST ST<br><br>PHOENIX AZ850290000 | 91585 | COST OF WORK | PER THOUSAND 2.872 | 1.608 | | |
| 026A    AZ-502 EXPANDED PROPERTY DAMAGE COV $5,000 LIM/$250 DED PREMISES/OPERATIONS SEE CG7035<br><br>CG7035 1ST ST<br><br>PHOENIX AZ850290000 | 73487 | PAYROLL | PER THOUSAND .810 | | | |
| 027A    AZ-502 PLUMBING SUPPLIES AND FIXTURES SUPPLIES DEALERS AND DISTRIBUTORS | 16527 | GROSS SALES | PER THOUSAND .151 | .457 | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL  R66G6  16050                    INSURED COPY              ACP GLAO 7211329276    839755259    72    0001384

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **1ST ST** | | | | | | |
| **PHOENIX** **AZ850290000** | | | | | | |
| **028A     AZ-502** **PREFABRICATED BUILD-** **ING ERECTION** | **98502** | **PAYROLL** | **PER THOUSAND** **9.103** | **13.837** | | |
| **1ST ST** | | | | | | |
| **PHOENIX** **AZ850290000** | | | | | | |
| **030A     AZ-502** **CONTRACTORS - SUB-** **CONTRACTED WORK - IN** **CONNECTION WITH** **BUILDING CONSTRUCT-** **ION, RECONSTRUCTION,** **REPAIR OR ERECTION -** **ONE OR TWO FAMILY** **DWELLINGS** | **91583** | **COST OF WORK** | **PER THOUSAND** **1.514** | **1.836** | | |
| **1ST ST** | | | | | | |
| **PHOENIX** **AZ850290000** | | | | | | |
| **031A     NM-001** **CONCRETE CONSTRUCT-** **ION** | **91560** | **PAYROLL** | **PER THOUSAND** **14.654** | **10.592** | | |
| **7401 INDIAN SCHOOL R** **D NE** **NE, ALBUQUERQUE** **NM871105403** | | | | | | |
| **032A     AZ-502** **GRADING OF LAND** | **95410** | **PAYROLL** | **PER THOUSAND** **7.255** | **8.929** | | |
| **1ST ST** | | | | | | |
| **PHOENIX** **AZ850290000** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS  (12-93)**

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 034A    AZ-502 BUILDINGS OR PREMISES-BANK OR OFFICE-PREMISES OCCUPIED BY EMPLOYEES OF THE INSURED PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT -- OTHER THAN NOT-FOR-PROFIT 6700 W CHICAGO ST ST E 1 CHANDLER AZ852263337 | 61224 | AREA    2,487 | PER THOUSAND SQ. FT. 21.247 | | $53 | |
| 035A    NM-001 BUILDINGS OR PREMISES-BANK OR OFFICE-PREMISES OCCUPIED BY EMPLOYEES OF THE INSURED PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT -- OTHER THAN NOT-FOR-PROFIT 4410 HAWKINS ST NE  ALBUQUERQUE NM871094551 | 61224 | AREA    4,000 | PER THOUSAND SQ. FT. 40.498 | | $163 | |
| 036A    NM-001 BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT -- OTHER THAN NOT-FOR-PROFIT | 61217 | AREA    20,500 | PER THOUSAND SQ. FT. 22.413 | | $460 | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number:  **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **1460 N RENAISSANCE B LVD NE ALBUQUERQUE NM871077044** | | | | | | |
| **037A   NM-001 CONTRACTORS - EXEC- UTIVE SUPERVISORS OR   EXECUTIVE SUPERIN- TENDENTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT** | **91580** | **PAYROLL** | | **PER THOUSAND 20.680** | | |
| **7401 INDIAN SCHOOL R D NE ALBUQUERQUE NM871105403** | | | | | | |
| **038A    CA-004 CARPENTRY - INTERIOR** | **91341** | **PAYROLL 225,000** | **25.084** | **PER THOUSAND 32.303** | **$5,644** | **$7,268** |
| **CG7056 CG2186 CG7258 8266 MIRAMAR RD STE B SAN DIEGO CA921264345** | | | | | | |
| **001C    NM-001 EMPLOYEE BENEFITS LIABILITY** | **77394** | **FLAT CHARGE** | | | **$328** | |
| **CG0435 CG435D** | | | | | | |
| **75 EMPLOYEES** | | | | | | |
| **7401 INDIAN SCHOOL NE, ALBUQUERQUE, NM 87110** | | | | | | |

Total Advance Other and PR/CO

TOTAL ADVANCE PREMIUM

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLAO 7211329276**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| **002C      NM-001** **CONTRACTORS** **ENHANCEMENT PLUS** **INCLUDING MEDICAL** **PAYMENTS** | **77505** | **FLAT CHARGE** | | | **$500** | |
| **CG7323 IN7584** | | | | | | |

Total Advance Other and PR/CO    **$32,892**    **$33,347**

TOTAL ADVANCE PREMIUM    **$66,239**

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY SCHEDULE OF INSUREDS

POLICY    Number: **ACP GLAO7211329276**         POLICY    Period: From **05-01-14**    To **05-01-15**

Named Insured: **DREAMSTYLE REMODELING INC**

### Insured Names

001 DREAMSTYLE REMODELING INC

003 - DREAMSTYLE REMODELING INC - DBA

004 FOUR SEASONS SUNROOMS - AND

005 DREAMSTYLE

006 SPAS SOUTHWEST, INC. - DBA

007 CAL SPAS - AND

008 BLAZE KING

009 HOME RESORT LIVING INC. - DBA

010 RENEWAL BY ANDERSON

011 FOUR SEASONS HOME PRODUCTS

012 FOUR SEASONS SUNROOMS 401K PLAN

013 FOUR SEASONS REMODELING LLC

014 HOME RESORT LIVING INC - DBA

015 LUXURY BATH

016 DREAM STYLE LLC

017 SPAS SOUTHWEST INC - DBA

018 JACUZZI

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|

| Named Insured & Address | DREAMSTYLE REMODELING INC - SEE NAMED INSURED SCHEDULE 4500 HAWKINS ST NE ALBUQUERQUE          NM 87109 |
|---|---|

| Policy Period: Covers From: **05/01/14**   TO **05/01/15**   12:01 A.M. Standard Time |
|---|

| Effective Date of This Endorsement:   **05/01/14**          12:01 A.M. Standard Time |
|---|

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000  PO BOX 90756 ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

|  | PREMIUMS |  |
|---|---|---|
|  | OTHER | PR/CO |

```
**************************** HAZARD ADDED ****************************
ITEM            PREMIUM -------- RATES --
NO  DESCRIPTION         BASIS    OTHER    PR/CO
                        PAYROLL           PER THOUSAND
  038 CARPENTRY - INTERIOR  91341    187500   25.084   32.303   $    4,703.00 $   6,057.00

      8266 MIRAMAR RD STE B                   SAN DIEGO        CA 921264345

**************************** HAZARD CHANGED **************************
ITEM            PREMIUM -------- RATES --
NO  DESCRIPTION         BASIS    OTHER    PR/CO
                        PAYROLL           PER THOUSAND
  006 EXPANDED PROPERTY   73487    1483347  0.810    0.000    $     152.00
      DAMAGE COV $5,000
      LIM/$250 DED

**************************** HAZARD CHANGED **************************
ITEM            PREMIUM -------- RATES --
NO  DESCRIPTION         BASIS    OTHER    PR/CO
                        GROSS SALES        PER THOUSAND
  001 BUILDING MATERIAL   10255    13843647 0.244    0.371
      DEALERS

**************************** HAZARD CHANGED **************************
ITEM            PREMIUM -------- RATES --
NO  DESCRIPTION         BASIS    OTHER    PR/CO
                        PAYROLL           PER THOUSAND
  002 PREFABRICATED BUILD- 98502    173270   15.387   14.464
      ING ERECTION
```

### THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

**GL AM EN (06-90)**

DIRECT BILL   R66G6  16050                    INSURED COPY          ACP GLAO 7211329276     839755259     72    0001390

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|
| Named Insured & Address | DREAMSTYLE REMODELING INC - SEE NAMED INSURED SCHEDULE 4500 HAWKINS ST NE ALBUQUERQUE          NM 87109 |

| Policy Period: Covers From: **05/01/14**  TO **05/01/15**   12:01 A.M. Standard Time |
|---|
| Effective Date of This Endorsement: **05/01/14**          12:01 A.M. Standard Time |

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000 PO BOX 90756 ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

_____ PREMIUMS _____
OTHER                    PR/CO

```
*****************************  HAZARD CHANGED  *****************************
ITEM                         PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                            COST OF WORK     PER THOUSAND
 003 CONTRACTORS - SUB-     91585      0     3.367   1.887
     CONTRACTED WORK - IN
     CONNECTION WITH

*****************************  HAZARD CHANGED  *****************************
ITEM                         PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                            PAYROLL          PER THOUSAND
 004 GRADING OF LAND        95410   460672  12.951   9.075

*****************************  HAZARD CHANGED  *****************************
ITEM                         PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                            PAYROLL          PER THOUSAND
 005 CONTRACTORS - EXEC-    91580      0    20.468   0.000
     UTIVE SUPERVISORS OR
     EXECUTIVE SUPERIN-

*****************************  HAZARD CHANGED  *****************************
ITEM                         PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                            GROSS SALES      PER THOUSAND
 007 PLUMBING SUPPLIES      16527  1813642   0.197   0.522
     AND FIXTURES SUP-
     PLIES DEALERS AND

              THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

GL AM EN (06-90)

DIRECT BILL  R66G6  16050                    INSURED COPY          ACP GLAO 7211329276        839755259      72    0001391

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|

| Named Insured & Address | DREAMSTYLE REMODELING INC<br>- SEE NAMED INSURED SCHEDULE<br>4500 HAWKINS ST NE<br>ALBUQUERQUE          NM 87109 |
|---|---|

| Policy Period: Covers From: **05/01/14**  TO **05/01/15**    12:01 A.M. Standard Time |
|---|

| Effective Date of This Endorsement: **05/01/14**    12:01 A.M. Standard Time |
|---|

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000<br><br>PO BOX 90756<br>ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

```
                                                _____ PREMIUMS _____
                                                OTHER              PR/CO
```

```
************************* HAZARD CHANGED *************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER   PR/CO
                             PAYROLL          PER THOUSAND
 008 CARPENTRY       91342        0   11.074  12.244

************************* HAZARD CHANGED *************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER   PR/CO
                             PAYROLL          PER THOUSAND
 009 CARPENTRY       91342        0    8.150  12.707

************************* HAZARD CHANGED *************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER   PR/CO
                             PAYROLL          PER THOUSAND
 010 CARPENTRY - INTERIOR 91341 661905  6.838  11.284

************************* HAZARD CHANGED *************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER   PR/CO
                             PAYROLL          PER THOUSAND
 011 CARPENTRY - INTERIOR 91341 169092 12.152   9.409

************************* HAZARD CHANGED *************************
ITEM                         PREMIUM -------- RATES --
 NO  DESCRIPTION             BASIS    OTHER   PR/CO
                             PAYROLL          PER THOUSAND
 012 ELECTRICAL WORK -    92478       0   4.220   4.310
     WITHIN BUILDINGS

          THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL  R66G6  16050                     INSURED COPY          ACP GLAO 7211329276      839755259      72    0001392

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|
| Named Insured & Address | DREAMSTYLE REMODELING INC<br>- SEE NAMED INSURED SCHEDULE<br>4500 HAWKINS ST NE<br>ALBUQUERQUE          NM 87109 |

| Policy Period: Covers From: **05/01/14** TO **05/01/15** | 12:01 A.M. Standard Time |
|---|---|
| Effective Date of This Endorsement: **05/01/14** | 12:01 A.M. Standard Time |

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000<br><br>PO BOX 90756<br>ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

```
                                                        _____ PREMIUMS _____
                                                        OTHER              PR/CO
```

```
*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION           BASIS    OTHER    PR/CO
                            PAYROLL          PER THOUSAND
 013  PLASTERING OR STUCCO  98449      0     5.738   26.274
      WORK

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION           BASIS    OTHER    PR/CO
                            PAYROLL          PER THOUSAND
 014  CARPENTRY             91342      0     6.488   12.793

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION           BASIS    OTHER    PR/CO
                            PAYROLL          PER THOUSAND
 015  CARPENTRY - INTERIOR  91341      0     9.424   12.606

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION           BASIS    OTHER    PR/CO
                            PAYROLL          PER THOUSAND
 016  CONTRACTORS - EXEC-   91580      0    11.296    0.000
      UTIVE SUPERVISORS OR
      EXECUTIVE SUPERIN-

*********************** HAZARD DELETED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION           BASIS    OTHER    PR/CO
                            GROSS SALES      PER THOUSAND
 001  BUILDING MATERIAL     10255  13843647  0.000   0.000   $   3,378.00-$   5,140.00-
      DEALERS
```

### THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

22399

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|
| Named Insured & Address | DREAMSTYLE REMODELING INC<br>- SEE NAMED INSURED SCHEDULE<br>4500 HAWKINS ST NE<br>ALBUQUERQUE          NM 87109 |

| Policy Period: Covers From: **05/01/14**   TO **05/01/15**   12:01 A.M. Standard Time |
|---|
| Effective Date of This Endorsement: **05/01/14**      12:01 A.M. Standard Time |

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000<br><br>PO BOX 90756<br>ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

|  | PREMIUMS | |
|---|---|---|
|  | OTHER | PR/CO |

```
************************* OTHER DESCRIPTIONS DELETED *************************
ITEM
NO       DESCRIPTION
001A     CG0300 APPLIES
```

```
************************* HAZARD DELETED *************************
ITEM                    PREMIUM -------- RATES --
NO   DESCRIPTION        BASIS     OTHER    PR/CO
                        GROSS SALES      PER THOUSAND
029 BUILDING MATERIAL   10255  7557877  0.000  0.000  $  2,147.00-$   2,722.00-
    DEALERS
```

```
************************* HAZARD DELETED *************************
ITEM                    PREMIUM -------- RATES --
NO   DESCRIPTION        BASIS     OTHER    PR/CO
                        GROSS SALES      PER THOUSAND
033 BUILDING MATERIAL   10255     0    0.000  0.000
    DEALERS
```

```
********************** AMENDMENT DESCRIPTION **********************
*
```

```
************************* HAZARD CHANGED *************************
ITEM                    PREMIUM -------- RATES --
NO   DESCRIPTION        BASIS     OTHER    PR/CO
                        PAYROLL       PER THOUSAND
002 PREFABRICATED BUILD- 98502  207924  15.387  14.464  $  535.00 $   502.00
    ING ERECTION
```

### THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

GL AM EN (06-90)

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

22399

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO7211329276 |
|---|---|
| Named Insured & Address | DREAMSTYLE REMODELING INC - SEE NAMED INSURED SCHEDULE 4500 HAWKINS ST NE ALBUQUERQUE          NM 87109 |

| Policy Period: Covers From: **05/01/14**   TO **05/01/15**   12:01 A.M. Standard Time |
|---|
| Effective Date of This Endorsement: **05/01/14**          12:01 A.M. Standard Time |

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000  PO BOX 90756 ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

PREMIUMS

OTHER                              PR/CO

```
****************************** HAZARD CHANGED ******************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION             BASIS    OTHER    PR/CO
                              COST OF WORK      PER THOUSAND
 003  CONTRACTORS - SUB-      91585       0     3.367    1.887
      CONTRACTED WORK - IN
      CONNECTION WITH
```

```
****************************** HAZARD CHANGED ******************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION             BASIS    OTHER    PR/CO
                              PAYROLL           PER THOUSAND
 004  GRADING OF LAND         95410   552806   12.951    9.075    $  1,193.00 $   837.00
```

```
****************************** HAZARD CHANGED ******************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION             BASIS    OTHER    PR/CO
                              PAYROLL           PER THOUSAND
 005  CONTRACTORS - EXEC-     91580       0    20.468    0.000
      UTIVE SUPERVISORS OR
      EXECUTIVE SUPERIN-
```

```
****************************** HAZARD CHANGED ******************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION             BASIS    OTHER    PR/CO
                              PAYROLL           PER THOUSAND
 006  EXPANDED PROPERTY       73487  1780016    0.810    0.000    $    240.00
      DAMAGE COV $5,000
      LIM/$250 DED
```

THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

GL AM EN (06-90)

DIRECT BILL  R66G6  16050                INSURED COPY          ACP GLAO 7211329276     839755259     72   0001395

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|

| Named Insured & Address | DREAMSTYLE REMODELING INC<br>- SEE NAMED INSURED SCHEDULE<br>4500 HAWKINS ST NE<br>ALBUQUERQUE          NM 87109 |
|---|---|

| Policy Period: Covers From: **05/01/14**   TO **05/01/15**   12:01 A.M. Standard Time |
|---|

| Effective Date of This Endorsement: **05/01/14**       12:01 A.M. Standard Time |
|---|

| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000<br><br>PO BOX 90756<br>ALBUQUERQUE NM          87199 |
|---|---|

This policy is changed as follows:

| | | | | PREMIUMS | |
|---|---|---|---|---|---|
| | | | | OTHER | PR/CO |

```
xxxxxxxxxxxxxxxxxxxxxxxx HAZARD CHANGED xxxxxxxxxxxxxxxxxxxxxxxxxxx
ITEM                             PREMIUM -------- RATES --
 NO  DESCRIPTION                 BASIS    OTHER    PR/CO
                                 GROSS SALES      PER THOUSAND
 007 PLUMBING SUPPLIES    16527  2176370  0.197    0.522    $      72.00 $      189.00
     AND FIXTURES SUP-
     PLIES DEALERS AND

xxxxxxxxxxxxxxxxxxxxxxxx HAZARD CHANGED xxxxxxxxxxxxxxxxxxxxxxxxxxx
ITEM                             PREMIUM -------- RATES --
 NO  DESCRIPTION                 BASIS    OTHER    PR/CO
                                 PAYROLL          PER THOUSAND
 008 CARPENTRY            91342       0   11.074   12.244

xxxxxxxxxxxxxxxxxxxxxxxx HAZARD CHANGED xxxxxxxxxxxxxxxxxxxxxxxxxxx
ITEM                             PREMIUM -------- RATES --
 NO  DESCRIPTION                 BASIS    OTHER    PR/CO
                                 PAYROLL          PER THOUSAND
 009 CARPENTRY            91342       0    8.150   12.707

xxxxxxxxxxxxxxxxxxxxxxxx HAZARD CHANGED xxxxxxxxxxxxxxxxxxxxxxxxxxx
ITEM                             PREMIUM -------- RATES --
 NO  DESCRIPTION                 BASIS    OTHER    PR/CO
                                 PAYROLL          PER THOUSAND
 010 CARPENTRY - INTERIOR 91341  794286  6.838   11.284   $     905.00 $    1,494.00

xxxxxxxxxxxxxxxxxxxxxxxx HAZARD CHANGED xxxxxxxxxxxxxxxxxxxxxxxxxxx
ITEM                             PREMIUM -------- RATES --
 NO  DESCRIPTION                 BASIS    OTHER    PR/CO
                                 PAYROLL          PER THOUSAND
 011 CARPENTRY - INTERIOR 91341  202910  12.152   9.409   $     411.00 $      318.00
```

                    THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

**GL AM EN (06-90)**

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO7211329276 |
|---|---|

| Named Insured & Address | DREAMSTYLE REMODELING INC<br>- SEE NAMED INSURED SCHEDULE<br>4500 HAWKINS ST NE<br>ALBUQUERQUE        NM 87109 |
|---|---|

| Policy Period: Covers From: **05/01/14**  TO **05/01/15**   12:01 A.M. Standard Time |
|---|

| Effective Date of This Endorsement: **05/01/14**      12:01 A.M. Standard Time |
|---|

| Agent Address | HUB INTERNATIONAL INS SRVS INC        30-22399-000<br><br>PO BOX 90756<br>ALBUQUERQUE NM        87199 |
|---|---|

This policy is changed as follows:

PREMIUMS
OTHER                    PR/CO

```
************************* HAZARD CHANGED *****************************
ITEM                      PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL           PER THOUSAND
 012 ELECTRICAL WORK -     92478      0      4.220    4.310
     WITHIN BUILDINGS

************************* HAZARD CHANGED *****************************
ITEM                      PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL           PER THOUSAND
 013 PLASTERING OR STUCCO  98449      0      5.738    26.274
     WORK

************************* HAZARD CHANGED *****************************
ITEM                      PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL           PER THOUSAND
 014 CARPENTRY             91342      0      6.488    12.793

************************* HAZARD CHANGED *****************************
ITEM                      PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL           PER THOUSAND
 015 CARPENTRY - INTERIOR  91341      0      9.424    12.606

************************* HAZARD CHANGED *****************************
ITEM                      PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL           PER THOUSAND
 016 CONTRACTORS - EXEC-   91580      0     11.296     0.000
     UTIVE SUPERVISORS OR
     EXECUTIVE SUPERIN-
```

THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

**GL AM EN (06-90)**

DIRECT BILL   R66G6  16050                    INSURED COPY           ACP GLAO 7211329276      839755259     72   0001397

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 | |
|---|---|---|
| Named Insured & Address | DREAMSTYLE REMODELING INC - SEE NAMED INSURED SCHEDULE 4500 HAWKINS ST NE ALBUQUERQUE          NM 87109 | |
| Policy Period: Covers From: 05/01/14   TO 05/01/15    12:01 A.M. Standard Time | | |
| Effective Date of This Endorsement: 05/01/14        12:01 A.M. Standard Time | | |
| Agent Address | HUB INTERNATIONAL INS SRVS INC          30-22399-000 PO BOX 90756 ALBUQUERQUE NM          87199 | |

This policy is changed as follows:

```
                                                    _____ PREMIUMS _____
                                                    OTHER              PR/CO

************************** HAZARD CHANGED **************************
ITEM                       PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           COST OF WORK    PER THOUSAND
 017  CONTRACTORS - SUB-   91585      0     1.545    1.651
      CONTRACTED WORK - IN
      CONNECTION WITH

************************** HAZARD CHANGED **************************
ITEM                       PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           COST OF WORK    PER THOUSAND
 018  CONTRACTORS - SUB-   91583   320927  1.283    1.885   $   69.00 $   101.00
      CONTRACTED WORK - IN
      CONNECTION WITH

************************** HAZARD CHANGED **************************
ITEM                       PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL         PER THOUSAND
 019  GRADING OF LAND      95410   386454  10.566  10.355   $  681.00 $   667.00

************************** HAZARD CHANGED **************************
ITEM                       PREMIUM -------- RATES --
 NO   DESCRIPTION          BASIS    OTHER    PR/CO
                           PAYROLL         PER THOUSAND
 020  PLASTERING OR STUCCO 98449      0     7.201   17.689
      WORK
```

### THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT

GL AM EN (06-90)

DIRECT BILL   R66G6  16050                    INSURED COPY          ACP GLAO 7211329276    839755259    72   0001398

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 | |
|---|---|---|
| Named Insured & Address | DREAMSTYLE REMODELING INC - SEE NAMED INSURED SCHEDULE 4500 HAWKINS ST NE ALBUQUERQUE       NM 87109 | |
| Policy Period: Covers From: 05/01/14   TO 05/01/15 | 12:01 A.M. Standard Time | |
| Effective Date of This Endorsement: 05/01/14 | 12:01 A.M. Standard Time | |
| Agent Address | HUB INTERNATIONAL INS SRVS INC | 30-22399-000 |
| | PO BOX 90756 ALBUQUERQUE NM            87199 | |

This policy is changed as follows:

```
                                                               _____ PREMIUMS _____
                                                         OTHER                  PR/CO

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                          GROSS SALES        PER THOUSAND
 021  PLUMBING SUPPLIES   16527       0    0.160   0.392
      AND FIXTURES SUP-
      PLIES DEALERS AND

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                           PAYROLL           PER THOUSAND
 022  PREFABRICATED BUILD- 98502  71320  11.943  15.344   $   141.00 $   183.00
      ING ERECTION

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                          COST OF WORK       PER THOUSAND
 023  CONTRACTORS - SUB-   91583 159286   1.700   2.164   $    45.00 $    57.00
      CONTRACTED WORK - IN
      CONNECTION WITH

*********************** HAZARD CHANGED ***********************
ITEM                        PREMIUM -------- RATES --
 NO   DESCRIPTION            BASIS   OTHER   PR/CO
                            AREA             PER THOUSAND SQ. FT.
 035  BUILDINGS OR        61224   4000  40.498   0.000
      PREMISES-BANK OR
      OFFICE-PREMISES

             THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

GL AM EN (06-90)

AMCO INSURANCE COMPANY
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO7211329276 |
|---|---|

| Named Insured & Address | DREAMSTYLE REMODELING INC - SEE NAMED INSURED SCHEDULE 4500 HAWKINS ST NE ALBUQUERQUE                NM 87109 |
|---|---|

| Policy Period: Covers From:  05/01/14    TO  05/01/15     12:01 A.M. Standard Time |
|---|
| Effective Date of This Endorsement:  05/01/14          12:01 A.M. Standard Time |

| Agent Address | HUB INTERNATIONAL INS SRVS INC              30-22399-000 PO BOX 90756 ALBUQUERQUE NM                  87199 |
|---|---|

This policy is changed as follows:

```
                                         _____  PREMIUMS  _____
                                              OTHER                 PR/CO

***************************** HAZARD CHANGED *****************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION              BASIS    OTHER   PR/CO
                                AREA            PER THOUSAND SQ. FT.
 036 BUILDINGS OR       61217   20500   22.413   0.000
     PREMISES-BANK OR
     OFFICE-MERCANTILE

***************************** HAZARD CHANGED *****************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION              BASIS    OTHER   PR/CO
                              PAYROLL          PER THOUSAND
 038 CARPENTRY - INTERIOR 91341  187500  25.084  32.303

***************************** HAZARD CHANGED *****************************
ITEM                          PREMIUM -------- RATES --
 NO   DESCRIPTION              BASIS    OTHER   PR/CO
                              PAYROLL          PER THOUSAND
 038 CARPENTRY - INTERIOR 91341  225000  25.084  32.303   $    941.00 $   1,211.00

********************* ENDORSEMENT CHANGES *********************
ITEM CG2186 1204   HAS BEEN ADDED
               A NEW COPY OF THIS FORM HAS BEEN PRINTED
     ADD TERRITORY OF
     ADD CLASS CODE OF
ITEM CG7258 0908   HAS BEEN ADDED
               A NEW COPY OF THIS FORM HAS BEEN PRINTED
     ADD TERRITORY OF
     ADD CLASS CODE OF

***************************** TOTAL *****************************
                              ADDITIONAL PREMIUM DUE   $    8,317.00

          THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

GL AM EN (06-90)

DIRECT BILL   R66G6   16050                    INSURED COPY          ACP GLAO 7211329276      839755259      72    0001400

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 11
DES MOINES, IA 50391-2000

## COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS

Number: **ACP GLAO 7211329276**          Period:   From **05/01/14** To **05/01/15**

Named Insured:  **DREAMSTYLE REMODELING INC**

| Form | Date | Title |
|------|------|-------|
| BR9955 | 0210 | PREMIUM ADJUSTMENT NOTIFICATION |
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0300 | 0196 | DEDUCTIBLE LIABILITY INSURANCE |
| CG0435 | 1207 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| CG2106 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG2147 | 1207 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2167 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CG2170 | 0108 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2186 | 1204 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG435D | 1001 | EMPLOYEE BENEFITS ADMINISTRATION LIABILITY COVERAGE PART |
| CG7023 | 1096 | EXCL-ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON |
| CG7033 | 0393 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| CG7035 | 0112 | EXPANDED PROPERTY DAMAGE COVERAGE |
| CG7258 | 0908 | EXCLUSION-OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INS PROGRAM |
| CG7323 | 1111 | CONTRACTORS ENHANCEMENT PLUS ENDORSEMENT |
| GC2187 | 0107 | CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSTION OF FEDERAL TERRORI! |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| IL0298 | 0908 | NEW MEXICO CHANGES - CANCELLATION AND NONRENEWAL |
| 13614 | 1185 | SPECIAL CONTINUATION PROVISION |

IMPORTANT NOTICES

| IN5017 | 0593 | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| IN7224 | 0702 | IMPORTANT NOTICE - TEXAS CONTRACTORS |
| IN7300 | 0114 | NOTICE TO POLICY HOLDERS POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE |
| IN7584 | 1111 | NOTICE TO POLICYHOLDERS COMM GL CONTRACTORS ENHANCEMENT OR ENHANCEMENT P |
| IN7698 | 0413 | 2012 GENERAL LIABILITY NEW MEXICO FORMS REVISION ADVISORY NOTICE TO POLICYHOLDI |
| IN7759 | 0514 | NOTICE TO POLICYHOLDERS COMMERCIAL GENERAL LIABILITY EXCLUSION - ACCESS OR DIS |

GLDF (02-93)

POLICY NUMBER:                                              **COMMERCIAL GENERAL LIABILITY**
                                                           **CG 03 00 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | PER CLAIM | or | Amount and Basis of Deductible PER OCCURRENCE |
|---|---|---|---|
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $    1,000 | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

CG 03 00 01 96                    Copyright, Insurance Services Office, Inc., 1994                    **Page 1 of 2**

CG 03 00 01 96

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

(1) "Bodily injury";

(2) "Property damage"; or

(3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

ACP GLAO7211329276     68G6     16050     INSURED COPY     R

Copyright, Insurance Services Office, Inc., 1994

CG 03 00 01 96

72  0001403

BR 9955 (02-10)

## The policy you have just received is subject to a premium adjustment

*When your policy was issued, the premium was estimated. When your policy expires, the actual premium must be determined.*

*Please take a few minutes to read this information about your premium audit.*

**WHY MAKE A PREMIUM ADJUSTMENT?**

This policy was issued with an estimated premium which requires an adjustment after the policy expires. Premium bases for this type of policy vary according to such factors as payroll, sales receipts, number of admissions, contract costs, number of units, etc. incurred during the term of the policy.

After the policy expires and the actual amount of these variables can be determined, the estimated premium is adjusted to develop the final premium. If the final premium is less than the estimated premium, the difference will be refunded. If it is more, you will receive a bill for the additional premium.

**HOW WILL THE PREMIUM ADJUSTMENT BE MADE?**

When the policy expires a final audit will be requested. This will be done by one of the following methods:

1) Mailing a Policyholder's Report Audit Inquiry to you; or
2) A premium auditor representing our company will call you for an audit of your records;or
3) A premium auditor representing our company will visit you for an audit of your records.

This audit of your records will pertain to the variable factors that apply to your policy.

You are assured of complete confidentiality by the auditor and the insurance company personnel.

**WHAT WILL THE PREMIUM AUDITOR DO?**

The premium auditor will ask to examine your books of original entry and ledger accounts that pertain to the variable factors on which the premium is based. The auditor will also routinely verify payroll and sales figures by comparison with quarterly tax reports.

Insurance rates differ by the type of work performed. The premium auditor must place each employee in the proper insurance occupational classification. In some cases these classifications are assigned by the state. This step of the audit requires your guidance and assistance.

When all the different functions of your operation have been identified and the payrolls, sales, costs and other applicable variables have been assigned to the proper classification, the appropriate rate(s) will be applied and the final premium developed.

**PREMIUM BASES**

The basis of premium for a Workers Compensation or General Liability policy may be total remuneration, including wages and other considerations given to an employee for services rendered.

Remuneration includes monies paid out and may also include other considerations such as meals and housing, free merchandise or merchandise discounts, commissions and bonuses, payments for holidays, vacations, illnesses, and overtime incentive plans or profit-sharing agreements.

Remuneration does not include your contributions to employee benefit plans such as group insurance and pension plans, or rewards for individual inventions. Under a General Liability policy, remuneration does not include payrolls for clerical office employees, sales persons, and drivers unless specifically included by a classification wording.

BR 9955 (02-10)

> NOTE: In most cases there are predetermined payroll amounts which must be used for sole proprietors, partners, and executive officers. When your policy is audited, the auditor will use the predetermined amount rather than actual payroll for individuals in these groups. Contact your agent if you have questions about the amount of payroll which will be used for sole proprietors, partners, and executive officers.

Also included is the payroll of mobile equipment operators and their helpers (and drivers of automobiles) when such persons are provided under contract at the time the mobile equipment or automobiles are hired. Under a General Liability policy, fees paid to employment agencies for temporary personnel provided to you are counted as remuneration.

The basis of premium for some classes can include variables such as area, number of units, admissions to an insured event conducted on your premises or receipts covering your gross earnings for goods or products sold or for operations performed.

For subcontracted work the basis of premium is total cost. This means the total cost of all work let or sublet in connection with each specific project, and includes the cost of all labor, materials and equipment furnished, used or delivered for use in the performance of the work. Also, all fees, bonuses or commissions made, paid or due are included. It is to your advantage to obtain Certificates of Insurance from your subcontractors and have them available for the premium auditor, showing that they have general liability insurance with an occurrence limit preferably equal to your own occurrence limit. Regardless of the occurrence limit carried by the subcontractor, in the event you cannot furnish the premium auditor with their Certificate of Insurance, their payroll will be attributed to you and your premium will be increased. In most jurisdictions you must have Workers Compensation certificates from each subcontractor as well.

When sales or receipts are the basis of premium for a coverage, the gross amount of money you or others operating or trading under your name have charged for goods or products sold or operations performed is the figure which should be used.

With respect to the ownership and/or use of automobiles in connection with your business operations, the basis of premium will vary. For owned autos, the auditor will need to verify the accuracy of the schedule of autos on your policy, plus the date of any sales and/or purchases during the policy period. Any premium for the use of nonowned autos will be rated based on the total number of employees at all locations. Any premium for the use of hired autos will be rated based on the cost of hire during the policy period.

**RECORD KEEPING AIDS**

The best sources of information for a premium audit are the following records.

1. Payroll journals providing monthly total and division of payroll by type of work performed.

2. Individual earnings records with an indication of work performed. The date hired and/or terminated should be indicated. Gross payroll and overtime should be totaled by month and quarter.

3. Cash disbursements journals with monthly totals disbursed to various accounts, including materials, subcontractors and casual labor.

4. Cash receipts in sales journals totaled by month and assigned to various

ACP GLAO7211329276      66G6   R  16050              INSURED COPY                        72   0001405

BR 9955 (02-10)

categories.

5. Vehicle titles, registrations, or ownership tax receipts.
6. Workers Compensation and/or General Liability certificates of insurance indicating coverage for subcontractors.

7. Data processing printouts or computerized records can differ greatly in their value to the auditor, depending on the type of records provided.

**FINALLY**                    We hope this information will serve as a guide to help you prepare for your premium audit. Our premium auditor is available to help you with any problem or questions you may have with record keeping. Remember, for more information contact your agent.

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

ACP GLAO7211329276    66G6    R   16050    INSURED COPY    72   0001407

CG 00 01 04 13

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

INSURED COPY
CG 00 01 04 13

ACP GLAO7211329276     66G6   R  16050     72   0001408

CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

INSURED COPY

ACP GLAO7211329276    66G6  R  16050                72  0001409

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(b) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

© Insurance Services Office, Inc., 2012

ACP GLAO7211329276      66G6   R  16050

**INSURED COPY**

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

© Insurance Services Office, Inc., 2012

INSURED COPY

ACP GLAO7211329276      66G6   R  16050                                                      72   0001411

CG 00 01 04 13

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III – Limits Of Insurance**.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance**; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

INSURED COPY

CG 00 01 04 13

ACP GLAO7211329276      66G6   R  16050                                72  0001412

CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2012

ACP GLAO7211329276      66G6   R  16050          INSURED COPY                                      72   0001413

CG 00 01 04 13

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

INSURED COPY

CG 00 01 04 13

ACP GLAO7211329276     66G6    R  16050     72  0001414

CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

ACP GLAO7211329276        66G6   R  16050            INSURED COPY                              72   0001415

CG 00 01 04 13

2. Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    **(1)** "Bodily injury" or "personal and advertising injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

      **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

      **(a)** Owned, occupied or used by;

      **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

  **a.** Medical expenses under Coverage **C**;

  **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

  **c.** Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

ACP GLAO7211329276    66G6  R 16050    **INSURED COPY**    72  0001416

CG 00 01 04 13

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

  **a.** Damages under Coverage **A**; and

  **b.** Medical expenses under Coverage **C**

  because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

  **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

  **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

  **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

  **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

  **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

  **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

INSURED COPY

ACP GLAO7211329276     66G6   R  16050     72   0001417

CG 00 01 04 13

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

ACP GLAO7211329276    66G6  R  16050    INSURED COPY    72    0001418

CG 00 01 04 13

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

ACP GLAO7211329276      66G6   R  16050          INSURED COPY          72   0001419

CG 00 01 04 13

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

ACP GLAO7211329276    66G6  R  16050    INSURED COPY    72  0001420

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

ACP GLAO7211329276        66G6    R  16050              INSURED COPY                72    0001421

CG 00 01 04 13

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   **a.** Means:

     **(1)** Work or operations performed by you or on your behalf; and

     **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

     **(2)** The providing of or failure to provide warnings or instructions.

**All terms and conditions of this policy apply unless modified by this endorsement.**

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 04 35 12 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section I – Coverages:**
**COVERAGE – EMPLOYEE BENEFITS
LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** – Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 12 07

**Page 1 of 6**

CG 04 35 12 07

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

CG 04 35 12 07

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

1. **Limits Of Insurance**

   a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

      (1) Insureds;

      (2) "Claims" made or "suits" brought;

      (3) Persons or organizations making "claims" or bringing "suits";

      (4) Acts, errors or omissions; or

      (5) Benefits included in your "employee benefit program".

   b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

      (1) An act, error or omission; or

      (2) A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program"

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. **Deductible**

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

      (1) Our right and duty to defend any "suits" seeking those damages; and

      (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

E. For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Commercial General Liability Conditions** are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

      (1) What the act, error or omission was and when it occurred; and

CG 04 35 12 07

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

CG 04 35 12 07

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is canceled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

     **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

     **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The "employee benefit programs" insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this endorsement for future payment of damages; and

   **d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

ACP GLAO7211328276    66G6   R  16050         INSURED COPY                    72   0001427

CG 04 35 12 07

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the **Definitions** Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**All terms and conditions of this policy apply unless modified by this endorsement.**

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**All terms and conditions apply unless modified by this endorsement.**

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**CG 21 47 12 07**

ACP GLAO7211329276       66G6   R  16050

© ISO Properties, Inc., 2006

**INSURED COPY**

**Page 1 of 1**

72   0001430

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi Or Bacteria**

   **a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   **b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi Or Bacteria**

   **a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc. with permission.
© ISO Properties, Inc., 2004

ACP GLAO7211329276     66G6   R  16050          **INSURED COPY**                    72   0001431

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**All terms and conditions of this policy apply unless modified by this endorsement.**

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP GLAO7211329276      66G6  R  16050      **INSURED COPY**                                      72  0001433

For attachment to policy number ACP 7201329276 _____ to complete said policy.

**EMPLOYEE BENEFITS LIABILITY COVERAGE**

**SCHEDULE**

**NOTICE**

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE**

Except to such extent as may otherwise be provided herein, this coverage is limited generally to liability for only those claims that are first made against the insured while the policy is in force. Please review the policy carefully and discuss the coverage thereunder with your insurance agent or broker.

**Named Insured:** HOME RESORT LIVING INC

DBA FOUR SEASONS SUNROOMS

**LIMITS OF INSURANCE**

$ ___1,000,000_____ Each Employee     $ ___2,000,000_____ Aggregate

**DEDUCTIBLE**

$1,000 Each Employee

**RETROACTIVE DATE**

This insurance does not apply to a "claim" which occurs before the Retroactive Date, shown here:

___06/08/04_____

**CG 435D (10-01)**

CG 70 23 (10-96)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION - ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy does not apply to any claims arising out of or alleged to have arisen out of any of the following:

1.  Asbestos or any asbestos-related injury or damage including, but not limited to, any injury or damage arising out of, or alleged to have arisen out of, any act, error, omission, [failure to warn or failure to disclose the presence of asbestos,] or other duty involving asbestos, its use, exposure, existence, detection, removal, elimination or avoidance.

2.  Electro-magnetic emissions or radiation-related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn or other duty involving any electro-magnetic emissions or radiation from use, exposure, existence, detection, removal, elimination or avoidance of electrical energy.

3.  Lead or any lead-related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving lead or lead products, their use, exposure, existence, detection, removal, elimination or avoidance.

4.  Radon or any other radioactive emissions, manmade or natural, or any related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving radon or any other radioactive emissions, their use, exposure, existence, detection, removal, elimination or avoidance.

"We" shall not have a duty to defend any insured against a claim or suit seeking damage to which this insurance does not apply.

CG 70 23 (10-96)

CG 70 33 (03-93)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ENDORSEMENT - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following condition is added to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS:

10. **Two or More Coverage Forms or Policies Issued by Us.**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence," the aggregate maximum limit of insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

CG 70 33 (03-93)

COMMERCIAL GENERAL LIABILITY
CG 70 35 01 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXPANDED PROPERTY DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Limit of Insurance | | Deductible | |
|---|---|---|---|
| $ 5,000 | Each Occurrence | $ 250 | Each Occurrence |

For purposes of this endorsement only:

A. Under **Section I – Coverages, Coverage A Bodily Injury And Property Damage Liability, 2. Exclusions**, exclusion **j. Damage To Property** is amended as follows:

   1. Exclusions **j.(3)**, **j.(5)**, and **j.(6)** are deleted in their entirety.

   2. Exclusion **j.(4)** is deleted in its entirety and replaced by the following:

     **(4)** Personal property in the care, custody or control of the insured:

      **(a)** For storage or sale at premises you own, rent or occupy; or

      **(b)** While being transported by any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.

B. The coverage provided by this endorsement does not apply to "property damage":

   1. Arising out of the disappearance or loss of use of personal property; or

   2. Included in the "products-completed operations hazard".

C. The most we will pay under this endorsement for "property damage", as a result of any one "occurrence", is the Each Occurrence Limit of Insurance stated in the Schedule.

D. Our obligation under this endorsement to pay damages on your behalf applies only to the amount of damages in excess of the deductible amount stated in the Schedule as a result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of the "occurrence".

The terms of this insurance, including those with respect to:

   1. Our right and duty to defend any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim or "suit"

apply irrespective of the application of the deductible amount.

We may pay any part of the deductible amount to effect settlement of any claim or "suit" and, upon notification of this action having been taken, you shall promptly reimburse us for such part of the deductible as has been paid by us.

E. The following paragraph is added to **Section III – Limits Of Insurance**:

The most we will pay for the sum of all damages covered under this endorsement because of "property damage" is an annual aggregate limit of two times the Each Occurrence Limit stated in the Schedule of this endorsement.

F. The following conditions are added to **Section IV - Commercial General Liability Conditions**:

   1. You and any other involved insured must, upon our request, replace or repair the "property damage" covered under this endorsement at your actual cost, excluding profit or overhead.

   2. Coverage provided by this endorsement is excess over any other valid and collectible insurance, whether primary or excess.

**All terms and conditions of this policy apply unless modified by this endorsement**

COMMERCIAL GENERAL LIABILITY
CG 72 58 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance, including any duty to defend, does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at any location where a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CG 72 58 09 08

**Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 73 23 11 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTORS ENHANCEMENT PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**LOST KEY COVERAGE**

SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, coverage is extended to include the following:

If a customer's master or grand key, excluding electronic key card, is lost while in your care, custody or control we will pay the cost of replacing the keys, including the master lock and all keys used in the same lock, the cost of adjusting locks to accept the new keys, or the cost to replace the locks, whichever is less.

**Limit of Insurance** - The most we will pay for "loss" arising out of any one "occurrence" is $5,000.

SECTION V DEFINITIONS is amended as follows:

The following definition applies to Lost Key Coverage:

"Loss" means unintentional physical damage or destruction to tangible property, including theft or disappearance.   Tangible property does not include money or securities.

**VOLUNTARY PROPERTY DAMAGE**

SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, coverage is extended to include the following:

At your request, we will pay for "property damage" to property of others caused by you and while in your possession, arising out of your business operations and occurring during the policy period.

**Limit of Insurance** - The most we will pay for "loss" arising out of any one "occurrence" is $500.

SECTION V – DEFINITIONS is amended as follows:

The following definition applies to Voluntary Property Damage coverage:

"Loss" means unintentional damage or destruction but does not include disappearance, theft, or loss of use.

**NON-OWNED WATERCRAFT**

SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions is amended as follows:

  **g.  Aircraft, Auto Or Watercraft (2) (a)** is replaced with:

    **(a)** Less than 51 feet long; and

**EXPANDED PROPERTY DAMAGE COVERAGE**

For the purposes of this endorsement only:

SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions is amended as follows:

  **a.**  Exclusions j.(3), j.(5), and j.(6) are deleted in their entirety.

  **b.**  Exclusion j.(4) is deleted in its entirety and replaced by the following:

    Personal property in the care custody or control of the insured:

    **1.**  for storage or sale at premises you own, rent or occupy; or

    **2.**  while being transported by any aircraft, "auto" or watercraft owned or operated by or rented to or loaned to any insured.

  **c.**  The following exclusions are added:

    **1.**  The coverage provided by this endorsement does not apply to "property damage" arising out of the disappearance or loss of use of personal property.

    **2.**  The coverage provided by this endorsement does not apply to "property damage" included in the "products-completed operations hazard".

ACP GLAO7211320276          66G6  R  16050          **INSURED COPY**          72  0001439

CG 73 23 11 11

**Limit of Insurance -** The most we will pay for "property damage" provided by this coverage in any one "occurrence" is $5,000.

**Deductible -** Our obligation to pay for a covered loss applies only to the amount of loss in excess of $250.

This insurance is excess over any other valid and collectible insurance.

## DAMAGE TO PREMISES RENTED TO YOU

SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, the last paragraph of **2. Exclusions** of is replaced by the following:

If **Damage to Premises Rented to You** is not otherwise excluded, exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III-Limits of Insurance.

SECTION III – LIMITS OF INSURANCE, paragraph 6 is replaced with:

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke or sprinkler leakage, while rented to you or temporarily occupied by you with permission of the owner. The limit is increased to $300,000.

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. **Other Insurance, b. Excess Insurance (1) (a) (ii)** is replaced with:

(ii) That is Fire, Lightning, Explosion, Smoke or Sprinkler leakage insurance for premises rented to you or temporarily occupied by you with permission of the owner.

## SUPPLEMENTARY PAYMENTS

SECTION I – COVERAGES, SUPPLEMEN-TARY PAYMENTS – COVERAGES A AND B is amended as follows:

1. **1. b.** replaced with:

b. Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

2. **1. d.** replaced with:

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

## NEWLY FORMED AND ACQUIRED ORGANIZATIONS

SECTION II – WHO IS AN INSURED is amended as follows:

1. **3. a.** is replaced with:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

## ADDITIONAL INSURED – WHEN REQUIRED IN AN AGREEMENT OR CONTRACT WITH YOU PRIMARY AND NON-CONTRIBUTORY

The following is added to SECTION II – WHO IS AN INSURED

4. Any person(s) or organization(s) with whom you have agreed in a valid written contract or written agreement that such person or organization be added as an additional insured on your policy during the policy period shown in the Declarations. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury".

The person or organization added as an insured by this endorsement is an insured only to the extent you are held liable due to:

a. **Lessors of Leased Equipment**

Maintenance, operation or use of equipment leased to you by such person or organization. This insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

However, their status as additional insured under this policy ends when their lease, contract or agreement with you for such leased equipment expires.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 73 23 11 11

ACP GLAO7211329276      66G6   R  16050            INSURED COPY                            72   0001440

**b. Managers or Lessors of Premises**

The ownership, maintenance or use of that part of the premises you own, rent, lease or occupy.

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to be a tenant in that premises.

(2) Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization.

However, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

**c. State or Political Subdivision - Permits**

Operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

This insurance does not apply to:

(1) "Bodily injury" or "property damage" or "personal or advertising injury" arising out of operations performed for the state or municipality; or

(2) "Bodily injury" or "property damage" included within the "products-completed operations hazard".

However, such state or political subdivision's status as additional insured under this policy ends when the permit ends.

**d. Owners, Lessees, or Contractors**

"Bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

(1) Your acts or omissions; or

(2) The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations performed for that additional insured, whether the work is performed by you or on your behalf.

The insurance does not apply to:

(1) "bodily injury", "property damage", or "personal and advertising injury" arising out of the rendering of or the failure to render any professional architectural, engineering or survey services, including:

(a). The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, survey, field orders, change orders or drawings and specifications: or

(b) Supervisory, inspection, architectural or engineering activities.

(2) "Bodily injury" or "property damage" occurring after:

(a) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

(b) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

However, a person or organization's status as additional insured under this policy ends when your operations for that additional insured are completed.

With respect to paragraph **4 of SECTION II WHO IS AN INSURED**, Condition **4. Other Insurance** of Section IV – Commercial General Liability Conditions is replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary if you have agreed in a written contract or written agreement:

CG 73 23 11 11

**(1)** That this insurance be primary. If other insurance is also primary, we will share with all that other insurance as described in **c.** below; or

**(2)** The coverage afforded by this insurance is primary and non-contributory with the additional insured's own insurance.

Paragraphs **(1)** and **(2)** do not apply to other insurance to which the additional insured has been added as an additional insured or to other insurance described in paragraph **b.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is fire, lightning, or explosion insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(e)** That is any other insurance available to an additional insured under this endorsement covering liability arising out of the premises or operations, or products completed operations, for which the additional insured has been added as an additional insured by that other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the additional insured against any "suit" if any other insurer has a duty to defend the additional insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the additional insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance available to the additional insured permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance available to the additional insured does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 7323 11 11

ACP GLAO7211329276      66G6   R  16050          INSURED COPY                              72   0001442

CG 73 23 11 11

## EMPLOYEE BODILY INJURY TO ANOTHER EMPLOYEE

SECTION II – WHO IS AN INSURED The following Paragraph is added to 2.a.(1)

Paragraphs 2.a.(1)(a), (b) and (c) do not apply to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, or to "bodily injury" to a co-"volunteer worker" while performing duties related to the conduct of your business.

## BROAD FORM NAMED INSURED

SECTION II – WHO IS AN INSURED The following Paragraph is added to 2.

e. Any business entity incorporated or organized under the laws of the United State of America (including any State thereof), its territories or possessions or Canada (including any Province thereof) in which the Named Insured shown in the Declarations owns, during the policy period, an interest of more than fifty percent. If other valid collectible insurance is available to any business entity covered by this solely by reason of ownership by the Named Insured shown in the Declarations in excess of fifty percent, this insurance is excess over the other insurance, whether primary, excess, contingent, or on any other basis.

## AGGREGATE LIMIT PER LOCATION

SECTION III – LIMITS OF INSURANCE The following paragraph is added to paragraph 2:

The General Aggregate Limit under Section III Limits of Insurance applies separately to each of your locations owned by or rented to you or temporarily occupied by you with the permission of the owner. For the purposes of this provision, location means premises involving the same or connecting lots, or premises whose connection is interrupted only by a public street, roadway, waterway or railroad right-of-way.

## AGGREGATE LIMIT PER PROJECT

SECTION III – LIMITS OF INSURANCE The following paragraph is added to paragraph 2:

The General Aggregate Limit under Section III Limits of Insurance applies separately to each of your construction projects away from premises owned by or rented to you.

## MEDICAL PAYMENTS

SECTION III – LIMITS OF INSURANCE, Paragraph 7. is replaced:

7. Subject to 5. above, the higher of:

   a. $10,000; or

   b. The amount shown in the Declarations for Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by one person.

This coverage does not apply if Coverage C – Medical Payments is excluded either by the provisions of any coverage forms attached to the policy or by endorsement.

## KNOWLEDGE OF AN OCCURRENCE

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, The following is added to 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit condition:

e. Knowledge of an occurrence, offense, claim or suit by an agent or employee of any insured shall not in itself constitute knowledge of the insured unless you, a partner, if you are a partnership; or an executive officer or insurance manager, if you are a corporation receives such notice of an occurrence, offense, claim or suit from the agent or employee.

f. The requirements in Section IV – Conditions Paragraph 2.b. will not be considered breached unless there is knowledge of occurrence as outlined in paragraph e. above.

## UNINTENTIONAL FAILURE TO DISCLOSE HAZARD

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 6. Representations is amended to include:

d. Your failure to disclose all hazards or prior "occurrences" or offenses existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" or offenses is not intentional. This provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

CG 73 23 11 11     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 5 of 6

ACP GLAO7211329276     66G6   R  16050     INSURED COPY     72   0001443

CG 73 23 11 11

### WAIVER OF SUBROGATION

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, **8. Transfer of Rights of Recovery Against Others to Us** is amended to include:

If required by a written contract executed prior to loss, we waive any right of subrogation we may have against the contracting person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazards".

### LIBERALIZATION

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, **10. Liberalization** is added as follows:

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

### BROADENED BODILY INJURY DEFINITION (MENTAL ANGUISH)

**SECTION V – DEFINITIONS** is amended as follows:

1.  **3.** "Bodily injury" is deleted and replaced with the following:

    "Bodily injury" means physical injury, sickness or disease to a person and, if arising out of the foregoing, mental anguish, mental injury, shock or humiliation, including death at any time resulting therefrom.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 73 23 11 11

ACP GLAO7211329276        66G6   R  16050        **INSURED COPY**        72   0001444

COMMERCIAL GENERAL LIABILITY
CG 21 87 01 07
GC 21 87 01 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. **Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

CG 21 87 01 07
GC 21 87 01 07

Page 1 of 2

ACP GLAO7211329276      66G6   R  16050        INSURED COPY                                72   0001445

CG 21 87 01 07
GC 21 87 01 07

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   (1) Use or threat of force or violence; or

   (2) Commission or threat of a dangerous act; or

   (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

   (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

**All terms and conditions of this policy apply unless modified by this endorsement.**

© ISO Properties, Inc., 2005

CG 21 87 01 07
GC 21 87 01 07

ACP GLAO7211329276        66G6   R  16050              INSURED COPY                        72   0001446

IL0017 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

ACP GLAO7211329276      66G6   R  16050          INSURED COPY                      72   0001447

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

IL 00 21 09 08              © ISO Properties, Inc., 2007              Page 1 of 2

**2. As used in this endorsement:**

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

ACP GLAO7211329276        66G6   R  16050            INSURED COPY                        72   0001449

IL 02 98 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW MEXICO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Permissible Reasons And Notice Period**

**a.** If this policy is in effect less than 60 days, we may cancel for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

**b.** If this policy is in effect 60 days or more, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium.

**(2)** There has been a substantial change in the risk assumed by us since the policy was issued.

**(3)** The policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us.

**(4)** Willful and negligent acts or omission by the insured have substantially increased the hazards insured against.

**(5)** You presented a claim based on fraud or material misrepresentation.

**c.** If we cancel subject to **2.b.** above, we will mail or deliver to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation, for the reason set forth in **2.b.(1).**

**(2)** 30 days before the effective date of cancellation, for the reason set forth in **2.b.(2).**

**(3)** 15 days before the effective date of cancellation, for a reason set forth in **2.b.(3), 2.b.(4)** or **2.b.(5).**

The written notice will state the reason for cancellation, except that such statement may be omitted from a notice mailed to an additional insured or lienholder under this policy.

**B.** The following Condition is added:

**NONRENEWAL**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of the nonrenewal not less than 30 days before the expiration date of the policy.

13614 (11-85)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SPECIAL CONTINUATION PROVISION**

If we offer to continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period.  Failure to pay the required continuation premium when due shall mean that you have not accepted our offer.

**AMCO INSURANCE COMPANY**
1100 LOCUST ST DEPT 1100
DES MOINES, IA 50391-2000

22399

## CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|
| Named Insured & Address | **DREAMSTYLE REMODELING INC** **- SEE NAMED INSURED SCHEDULE** **4500 HAWKINS ST NE** **ALBUQUERQUE          NM 87109** |

| Policy Period: Covers From: **05/01/14**   TO **05/01/15** | 12:01 A.M. Standard Time |
|---|---|
| Effective Date of This Endorsement:  **06/26/14** | 12:01 A.M. Standard Time |

| Agent Address | **HUB INTERNATIONAL INS SRVS INC**          30-22399-000 **PO BOX 90756** **ALBUQUERQUE NM          87199** |
|---|---|

This policy is changed as follows:

```
                                    _____ PREMIUMS _____
                                    OTHER              PR/CO
```

```
*********************** INSURED NAME ADDED  ***************************
   #DREAMSTYLE REMODELING OF CALIFORNIA INC. - DBA

*********************** INSURED NAME ADDED  ***************************
   #RENEWAL BY ANDERSON OF SAN DIEGO

******************************** TOTAL *******************************
                                 NO CHARGE

            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

22399

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 |
|---|---|

| Named Insured & Address | **DREAMSTYLE REMODELING INC**<br>**- SEE NAMED INSURED SCHEDULE**<br>**4500 HAWKINS ST NE**<br>**ALBUQUERQUE**      **NM 87109** |
|---|---|

| Policy Period: Covers From: **05/01/14**   TO **05/01/15** | 12:01 A.M. Standard Time |
|---|---|

| Effective Date of This Endorsement: **08/22/14** | 12:01 A.M. Standard Time |
|---|---|

| Agent Address | **HUB INTERNATIONAL INS SRVS INC**      **30-22399-000**<br>**PO BOX 90756**<br>**ALBUQUERQUE NM**      **87199** |
|---|---|

This policy is changed as follows:

```
                                                         _____ PREMIUMS _____
                                                          OTHER          PR/CO



*********************** NON-PREMIUM DEC CHANGES ************************
CHANGE INSURED ADDRESS FROM    4500 HAWKINS ST NE
                               ALBUQUERQUE
                               NM 87109-4552
                        TO     1460 N RENAISSANCE BLVD NE
                               ALBUQUERQUE
                               NM 87107-7008

******************************** TOTAL ********************************
                                               NO CHARGE
            THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

GL AM EN (06-90)

DIRECT BILL   R66G6   16050          INSURED COPY        ACP GLAO 7211329276     839755259    72    0001453

**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES, IA 50391-2000**

22399

### CHANGE OF DECLARATIONS ENDORSEMENT - COMMERCIAL GENERAL LIABILITY

| Policy Number | ACP GLAO 7211329276 | |
|---|---|---|
| Named Insured & Address | **DREAMSTYLE REMODELING INC** **- SEE NAMED INSURED SCHEDULE** **4500 HAWKINS ST NE** **ALBUQUERQUE        NM 87109** | |

| Policy Period: Covers From: **05/01/14**   TO **05/01/15** | 12:01 A.M. Standard Time |
|---|---|
| Effective Date of This Endorsement:  **10/03/14** | 12:01 A.M. Standard Time |

| Agent Address | **HUB INTERNATIONAL INS SRVS INC** **PO BOX 90756** **ALBUQUERQUE NM          87199** | **30-22399-000** |
|---|---|---|

This policy is changed as follows:

```
                                        _____ PREMIUMS _____
                                          OTHER            PR/CO


********************** NON-PREMIUM DEC CHANGES ***************************
CHANGE INSURED ADDRESS FROM     1460 N RENAISSANCE BLVD NE
                                ALBUQUERQUE
                                NM 87107-7008
                        TO      4500 HAWKINS ST NE
                                ALBUQUERQUE
                                NM 87109-4552


******************************** TOTAL *********************************
                                            NO CHARGE

          THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT
```

**GL AM EN (06-90)**

DIRECT BILL  R66G6  16050                    INSURED COPY           ACP GLAO 7211329276    839755259   72   0001454

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

**All terms and conditions of this policy apply unless modified by this endorsement.**

COMMERCIAL GENERAL LIABILITY
CG 72 58 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance, including any duty to defend, does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at any location where a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP GLAO7211329276        66G6   R  16050              INSURED COPY                                    72   0001456